IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| RICHARD M. BARTS, | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00023 |
| v. | ) | **ORDER** |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending an Order be entered denying Plaintiff's Motion for Summary Judgment [ECF No. 14], granting the Commissioner's Motion for Summary Judgment [ECF No. 16], affirming the Commissioner's final decision, and dismissing this case from the docket of the court. This *Report* was filed on July 3, 2014, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment is **DENIED**, the Commissioner's Motion for Summary Judgment is **GRANTED,** the final judgment is **AFFIRMED**, and the Clerk is directed to **DISMISS** this case from the docket.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Hoppe.

ENTERED this 22nd day of July, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE